UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THREE GIRLS FISHING LLC and WESTERN WORLD INSURANCE GROUP as subrogee of THREE GIRLS FISHING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PAN AMERICAN POWER CORP <br><br> Defendant. | ) ) ) ) ) ) ) ) ) No. 2:23-cv-00175-JAW ) ) ) ) ) |

**ORDER ON DIVERSITY JURISDICTION**

On April 18, 2023, Three Girls Fishing LLC and Western World Insurance Group (as subrogee of Three Girls Fishing LLC) filed a complaint against Pan American Power Corp (Pan Am) alleging breach of contract, breach of warranty, and negligence. *Compl.* (ECF No. 1). On April 27, 2023, Plaintiffs filed a Diversity Disclosure Statement (ECF No. 4). The Complaint averred that federal jurisdiction is proper in this matter because the requirements for diversity of citizenship, *see* 28 U.S.C.A. § 1332 (West 2022), are met. *Compl.* at 1. For the reasons explained below, Plaintiffs' diversity disclosure statement does not comply with the requirements of Federal Rule of Civil Procedure 7.1(a)(2), and, therefore, Plaintiffs are ordered to file an amended diversity disclosure statement within fourteen days of the issuance of this order. Additionally, a review of Plaintiffs' Complaint shows that they have not adequately pleaded the citizenship of Three Girls Fishing LLC, so Plaintiffs are further ordered to, within fourteen days of the issuance of this order, amend their Complaint to properly plead the citizenship of all parties.

## I. DISCUSSION

### A. Plaintiffs' Diversity Disclosure Statement

Federal Rule of Civil Procedure 7.1 was amended, effective December 1, 2022, to require parties or intervenors in actions in which subject-matter jurisdiction is based on diversity under 28 U.S.C.A. § 1332(a) to file a Diversity Disclosure Statement unless the court orders otherwise. The Diversity Disclosure Statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor." FED. R. CIV. P. 7.1(a)(2). This requirement does not relieve a party from its obligation under Federal Rule of Civil Procedure 8(a)(1) to plead the grounds for jurisdiction, but it is instead "designed to facilitate an early and accurate determination of jurisdiction." FED. R. CIV. P. 7.1(a)(2) advisory committee's note to 2022 amendment.

Plaintiffs' diversity disclosure statement does not contain sufficient information to properly determine the citizenship of Three Girls Fishing LLC. According to the diversity disclosure statement, Three Girls Fishing LLC is a "Maine Limited Liability Company." *Diversity Statement* at 1. The citizenship of unincorporated entities, including limited liability companies, is determined by "the citizenship of all of its members." *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54-55 (1st Cir. 2006). Assertions as to where limited liability companies are organized or have their principal places of business are insufficient to establish citizenship for diversity purposes. *See D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125 (1st Cir. 2011). Accordingly, Plaintiffs' diversity disclosure statement does not satisfy the requirements of Rule

7.1(a)(2), as regarding Three Girls Fishing LLC.[1] *See Saunders v. Breit MF Preserve at Lakeland, LLC*, No. 8:22-cv-2542-CEH-JSS, 2023 U.S. Dist. LEXIS 6094, at *1-2 (M.D. Fla. Jan. 12, 2023) (concluding that a party's Diversity Disclosure Statement was inadequate because it did not contain sufficient information to determine the citizenship of a limited liability company).

### B.  Plaintiffs' Complaint

Plaintiffs' Complaint does not properly plead the citizenship of Three Girls Fishing LLC. According to the Complaint, Three Girls Fishing LLC is a Maine limited liability company with its principal place of business located in Portland, Maine. *Compl.* at 1. But, as noted above, the citizenship of a limited liability company is determined by the citizenship of its members, not by the state under whose laws it is organized. *D.B. Zwirn Special Opportunities Fund, L.P.*, 661 F.3d at 126. Plaintiffs did not identify or describe the citizenship of the members of Three Girls Fishing LLC. Thus, the Complaint does not adequately plead facts showing that the parties are completely diverse. *See* FED. R. CIV. P. 8(a)(1) (requiring a party to include "a short and plain statement of the grounds for the court's jurisdiction").

## II.  CONCLUSION

For the foregoing reasons, it is ORDERED that Plaintiffs shall, within fourteen days of the issuance of this order, file an amended diversity disclosure statement that complies with Federal Rule of Civil Procedure 7.1(a)(2). It is further ORDERED that

---

[1] The statement adequately pleads the citizenship of Western World Insurance Group, a corporation incorporated in New Jersey with a principal place of business also in New Jersey. *Diversity Statement* at 1.

3

Plaintiffs shall, within fourteen days of the issuance this order, amend their Complaint to properly plead their own citizenships.

    SO ORDERED.

                                    /s/ John A. Woodcock, Jr.
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2023