UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

THREE GIRLS FISHING LLC and )
WESTERN WORLD INSURANCE GROUP )
As subrogee of THREE GIRLS FISHING LLC, )
)
     Plaintiffs, )   CIVIL ACTION
v. )   NO.: 2:23-cv-00175-JAW
)
PAN AMERICAN POWER CORP., )
)
     Defendant. )

## PLAINTIFFS' AMENDED DISCLOSURE STATEMENT

Now Comes, Plaintiffs Three Girls Fishing LLC and Western World Insurance Group, pursuant to Fed.R.Civ.P. 7.1(a)(2) and Local Rule 7.1(a)(2) to provide its diversity disclosure statement as follows:

1. Three Girls Fishing, LLC is a Maine Limited Liability company that is comprised of one member, Sarah Breul, who resides and lives in South Portland, Maine and has been a citizen of Maine since 2015.

2. Western World Insurance Group is a New Jersey corporation with its principal office in Parsippany, New Jersey.

3. Pan American Power Corp. is a Louisiana corporation with its principal office in Covington, Louisiana.

<div style="margin-left:50%">

Respectfully submitted,
Plaintiffs
By its counsel,

/s/ David S. Smith
David S. Smith, Bar No.: 009270
FARRELL SMITH O'CONNELL
AARSHEIM APRANS, LLP
27 Congress St., Suite 109
Salem, MA 01970
978-744-8918 (Tel)
978-666-0383 (Fax)
dsmith@fsofirm.com

</div>

CERTIFICATE OF SERVICE

      I, David S. Smith, hereby certify that I have caused to have served a copy of the foregoing document via e-mail to the Defendant's attorney who has not yet entered an appearance this 20th day of May, 2023.

<div align="right">

/s/ David S. Smith

David S. Smith

</div>