UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THREE GIRLS FISHING LLC and<br>WESTERN WORLD INSURANCE GROUP<br>as subrogee of THREE GIRLS FISHING, LLC,<br>    Plaintiffs<br><br>v.<br><br>PAN AMERICAN POWER CORP.,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>ROCKLAND MARINE CORPORATION, and<br>TOMMY WOODWARD INCORPORATED<br>d/b/a COLUMBIA DIESEL CASTINGS<br>    Third-Party Defendants | CIVIL ACTION<br>NO.: 2:23-cv-00175-NT |

## THIRD PARTY COMPLAINT AND JURY TRIAL DEMAND

NOW COMES the Defendant/Third-Party Plaintiff, Pan American Power Corporation ("Pan Am"), and pursuant to Fed. R. Civ. P. 14(a), hereby files this Third-Party Complaint against the Third-Party Defendants, Rockland Marine Corporation ("Rockland Marine") and Tommy Woodward, Inc. d/b/a Columbia Diesel Castings ("Columbia Diesel"), who are or may be liable to Pan Am for all or part of the alleged claims of Plaintiffs, Three Girls Fishing, LLC and Western World Insurance Group, as subrogee of Three Girls Fishing, LLC ("Three Girls"). Pan Am states as follows:

### PARTIES

1. Pan Am is a Louisiana corporation with a place of business located in Covington, Louisiana.

{B1935588.1}

2. Upon information and belief, Rockland Marine Corporation is a Maine corporation located at 79 Mechanic Street, Rockland, ME 04841, offering a full-service shipyard and fabrication facility for its customers.

3. Upon information and belief, Rockland Marine is registered to do business within the State of Maine through its clerk and registered agent, Eric B. Morse, located at P.O. Box 248, Rockland, Maine 04841.

4. Upon information and belief, Tommy Woodward, Inc. d/b/a Columbia Diesel Castings is a Mississippi corporation located at 1256 Highway 98 East, Columbia, Mississippi 39429, providing repair services for agricultural, industrial, gasoline, diesel and natural gas engines.

5. Upon information and belief, Columbia Diesel is registered to do business in the State of Mississippi with a principal office located at 178 Old Sandy Hook Road, Sandy Hook, MS 39478.

## JURISDICTION

6. This Court has admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

7. This Court has diversity jurisdiction within the meaning of 28 U.S.C. § 1332.

8. This Court has subject matter jurisdiction of this Third-Party Complaint under Federal Rule of Civil Procedure 9(h), 14(c) and the principles of ancillary jurisdiction.

## FACTS

9. On or about April 24, 2023, the Plaintiffs, Three Girls Fishing, LLC, and Western World Insurance Group, as subrogee of Three Girls Fishing, LLC ("Plaintiffs" or "Three Girls")

filed a Complaint and Jury Trial Demand against Pan Am ("the Complaint"), attached hereto as **Exhibit A**.

10. Plaintiffs allege claims against Pan Am for breach of contract, breach of express warranty, breach of implied warranty of fitness for a particular purpose, breach of implied warranty of merchantability and negligence. Exh. A at ¶¶ 22 – 48.

11. Specifically, Plaintiffs allege it contacted Pan Am for the purpose of finding a reconditioned engine for their Vessel. Id. at ¶ 10.

12. Plaintiffs allege that Pan Am reconditioned and sold the subject engine, a Caterpillar Model D3512 ("the subject engine") for a purchase price of $90,000.00 and which was later installed on the Vessel. Id. at ¶¶ 11, 14.

13. Plaintiffs allege that the subject engine failed on or about July 24, 2022, requiring the Vessel to be towed back to port. Specifically, Plaintiffs allege the subject engine failed because the "crankshaft counterweight became unsecured from the crankshaft fasteners, subsequently causing severe damage to the Engine's internals," and because a preliminary inspection showed that pistons 5 and 6 damaged the piston skirts, along with other loose counterweight fasteners and loose debris in the main oil sump. Id. at ¶¶ 16-17.

14. Plaintiffs further allege that the crankshaft had been removed prior to the subject engine being sold to Three Girls and the bolts were not properly torqued, and that the damper had been improperly installed and damper mounting bolts were cross-threaded in the crankshaft, along with other workmanship issues. Id. at ¶ 19(a)-(d).

15. Thus, Plaintiffs sued Pan Am for the aforementioned claims, seeking approximately $763,022.03 in damages. Id.

16. Pan Am denies liability and alleges that if the subject engine failed, it was not the result of any breach of contract, warranty, or negligent conduct by Pan Am, and instead caused in whole or in part by the actions of third parties outside of Pan Am's control, supervision or responsibility.

17. Specifically, Pan Am alleges that in June of 2020, Plaintiffs contacted Pan Am, stating they owned a Vessel ("the Vessel") that needed a reconditioned diesel engine.

18. Based on their discussions with Plaintiffs, Pan Am selected the subject engine, a Caterpillar Model D3512 ("the subject engine"), quoting the Plaintiffs $90,000.00 for the purchase price.

19. The subject engine was sold to Plaintiffs on or about June 16, 2020 and shipped to Plaintiffs' address at 17640 Hard Hat Drive, Covington, LA on or about July 10, 2020.

20. Earlier that year, however, Pan Am contracted with Columbia Diesel to repair the crankshafts for the subject engine.

21. On or about March 1, 2020 Pan Am shipped the subject engine to Columbia Diesel's facility located at 1256 Highway 98 East, Columbia, Mississippi, to make the repairs to the crankshafts.

22. On or about March 11, 2020, Columbia Diesel shipped the subject engine with the now-repaired crankshafts back to Pan Am's principal office in Louisiana.

23. Between when the subject crankshaft left Columbia Diesel's facility on March 11, 2020, upon its arrival to Pan Am on March 11, 2020 and when it was shipped from Pan Am to the Plaintiffs on July 10, 2020, Pan Am made no alterations, modifications or changes to the crankshafts or other parts and work repaired by Columbia Diesel.

24. It was the duty of Columbia Diesel to ensure the crankshaft was properly torqued so the subject engine would run smoothly and not fail.

25. It was the duty of Columbia Diesel to ensure the crankshaft's counterweights were properly torqued so the engine would remain in suitable quality and strength and met the specifications and quality standards for similar recondition diesel engines in the industry.

26. Once Pan Am shipped the engine to the Plaintiffs, there was no further duties owed by Pan Am to the Plaintiffs, and Pan Am was not responsible for installing the engine or instructing on how to install the engine.

27. By July of 2020, Pan Am shipped the reconditioned engine to the Plaintiffs with a warranty that included user responsibilities and required the Plaintiffs to take oil samples and have a certified Caterpillar dealer perform a startup and provide a report to Pan Am to confirm it was installed properly.

27. Upon information and belief, Plaintiffs hired Rockland Marine to install the subject engine on its Vessel, and that Rockland Marine did, in fact, install the subject engine on the Vessel some time after July 2020.

28. Rockland Marine owed a duty to Plaintiffs to ensure that the subject engine was installed in accordance with industry standards and practices.

29. However, upon information and belief, Rockland Marine's installation of the subject engine resulted in poor-quality alignment, which contributed to excessive vibrations during the subject engine's initial use and thus loosened the subject engine's counterweights and/or additional parts.

30. Further, upon information and belief, Rockland Marine's installation resulted in discrepancies between the driveshaft and propeller, aggravating already-existing vibrations throughout the engine and drivetrain.

31. Upon information and belief, Rockland Marine's negligent installation of the subject engine caused, in whole or in part, the subject engine to fail as alleged by the Plaintiffs on or about July 24, 2022.

32. Upon information and belief, Columbia Diesel's negligent workmanship and repair of the crankshafts for the subject engine caused, in whole or in part, the subject engine to fail as alleged by the Plaintiffs on or about July 24, 2022.

33. In the event Pan Am is found liable for any damages sustained by the Plaintiffs, the actions and inactions by Rockland Marine and Columbia Diesel are the direct and sole proximate cause of the damages and losses.

### COUNT I – Indemnity (Express and Implied)
*Pan Am v. Columbia Diesel*

34. Pan Am repeats and reasserts the allegations contained in Paragraphs 1 through 33 of the Third-Party Complaint as if fully set herein.

35. The Plaintiffs allege in their Complaint that Pan Am is responsible for the alleged failure of the subject engine on July 24, 2022, resulting in damages in the form of economic losses.

36. Pan Am denies it is liable to Plaintiffs on all counts asserted against it.

37. However, to the extent Pan Am is found liable to Plaintiffs for any or all of its alleged damages, the Third-Party Defendant, Columbia Diesel, is contractually and/or equitably responsible to indemnify Pan Am where Columbia Diesel's negligent repair of the subject engine's crankshafts caused or substantially contributed, in whole or in part, to the subject engine's failure on July 24, 2022.

{B1935588.1}

WHEREFORE, Pan Am requests that if it is determined to be responsible for any damages sustained by Plaintiffs, that Columbia Diesel must be held responsible and indemnify Pan Am for any damages pursuant to principles of express and/or implied indemnity.

### COUNT II – Contribution
*Pan Am v. Columbia Diesel*

38. Pan Am repeats and reasserts the allegations contained in Paragraphs 1 through 37 of the Third-Party Complaint as if fully set herein.

39. The Plaintiffs allege in their Complaint that Pan Am is responsible for the alleged failure of the subject engine on July 24, 2022, resulting in damages in the form of economic losses.

40. Pan Am denies it is liable to Plaintiffs on all counts asserted against it.

41. However, to the extent Pan Am is found liable to Plaintiffs for any or all of its alleged damages, the Third-Party Defendant, Columbia Diesel, is responsible for Plaintiffs' alleged damages where Columbia Diesel's negligent repair of the subject engine's crankshafts caused or substantially contributed, in whole or in part, to the subject engine's failure on July 24, 2022, pursuant to principles of contribution.

WHEREFORE, Pan Am requests that if it is determined to be responsible for any damages sustained by Plaintiffs, that Columbia Diesel must be held responsible for any damages pursuant to principles of contribution.

### COUNT III – Indemnity (Implied)
*Pan Am v. Rockland Marine*

42. Pan Am repeats and reasserts the allegations contained in Paragraphs 1 through 41 of the Third-Party Complaint as if fully set herein.

43. The Plaintiffs allege in their Complaint that Pan Am is responsible for the alleged failure of the subject engine on July 24, 2022, resulting in damages in the form of economic losses.

44. Pan Am denies it is liable to Plaintiffs on all counts asserted against it.

45. However, to the extent Pan Am is found liable to Plaintiffs for any or all of its alleged damages, the Third-Party Defendant, Rockland Marine, is impliedly or equitably responsible to indemnify Pan Am where Rockland Marine's negligent installation of the subject engine on the Plaintiffs' Vessel caused or substantially contributed, in whole or in part, to the subject engine's failure on July 24, 2022.

WHEREFORE, Pan Am requests that if it is determined to be responsible for any damages sustained by Plaintiffs, that Rockland Marine must be held responsible and indemnify Pan Am for any damages pursuant to principles of equitable/implied indemnity.

## COUNT IV – Contribution
### *Pan Am v. Rockland Marine*

46. Pan Am repeats and reasserts the allegations contained in Paragraphs 1 through 45 of the Third-Party Complaint as if fully set herein.

47. The Plaintiffs allege in their Complaint that Pan Am is responsible for the alleged failure of the subject engine on July 24, 2022, resulting in damages in the form of economic losses.

48. Pan Am denies it is liable to Plaintiffs on all counts asserted against it.

49. However, to the extent Pan Am is found liable to Plaintiffs for any or all of its alleged damages, the Third-Party Defendant, Rockland Marine, is responsible for Plaintiffs' alleged damages where Rockland Marine's negligent installation of the subject engine on the Plaintiffs' Vessel caused or substantially contributed, in whole or in part, to the subject engine's failure on July 24, 2022.

WHEREFORE, Pan Am requests that if it is determined to be responsible for any damages sustained by Plaintiffs, that Rockland Marine must be held responsible for any damages pursuant to principles of contribution.

WHEREFORE, the Defendant/Third-Party Plaintiff, Pan Am, demands judgements against Third-Party Defendant, Rockland Marine, and Third-Party Defendant, Columbia Diesel, for all sums which may be adjudged against Pan Am as Defendant/Third-Party Plaintiff and in favor of Plaintiffs, together with costs of suit, and for all such other and further relief as the Court deems appropriate in this action.

**A jury trial on any issue triable of right by a jury is demanded.**

Respectfully submitted,

THE DEFENDANT/THIRD-PARTY PLAINTIFF,
PAN AMERICAN POWER CORP.,
BY ITS ATTORNEYS,

DATE: 11/16/23

/s/ Joseph P. Mendes
Michael P. Johnson, Bar No. 4101
mjohnson@boyleshaughnessy.com
Joseph P. Mendes, Bar No.: 5449
jmendes@boyleshaughnessy.com
Boyle | Shaughnessy Law, PC
254 Commercial Street, Suite 245
Merrill's Wharf
Portland, ME 04101-4664
T: 207-331-4360

DATE: 11/16/23

/s/ Lawrence E. Abbott
Lawrence E. Abbott, *pro hac vice*
Cotton Schmidt, LLP
650 Poydras Street
Suite 1950
New Orleans, LA 70130
labbott@cottenschmidt.com
T: 504-568-9393

{B1935588.1}

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 16th day of November, 2023 served a copy of the foregoing document to all counsel of record in this action via the court's electronic filing system, and via regular mail as follows:

*Counsel for Plaintiff*
David S. Smith, Esq.
Farrell Smith O'Connell
27 Congress St., Ste. 109
Salem, MA 01970
dsmith@fsofirm.com

*Third Party Defendant Rockland Marine Corporation*
Rockland Marine Corporation
79 Mechanic Street
Rockland, ME 04841

Eric B. Morse
Clerk/Registered Agent of Rockland Marine Corp.
P.O. Box 248
Rockland, Maine 04841

*Third Party Defendant Tommy Woodward, Inc. d/b/a Columbia Diesel Castings*
Tommy Woodward, Inc. d/b/a Columbia Diesel Castings
1256 Highway 98 East
Columbia, Mississippi 39429

Tommy Woodward, Inc. d/b/a Columbia Diesel Castings
178 Old Sandy Hook Road
Sandy Hook, Mississippi 39478

*/s/ Joseph P. Mendes*

Michael P. Johnson, Bar No. 4101
Joseph P. Mendes, Bar No. 5449

{B1935611.1}