UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THREE GIRLS FISHING LLC and )<br>WESTERN WORLD INSURANCE GROUP )<br>as subrogee of THREE GIRLS FISHING, LLC, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>PAN AMERICAN POWER CORP., )<br>    Defendant/Third-Party Plaintiff )<br>)<br>v. )<br>)<br>ROCKLAND MARINE CORPORATION, and )<br>TOMMY WOODWARD INCORPORATED )<br>d/b/a COLUMBIA DIESEL CASTINGS )<br>    Third-Party Defendants )<br>) | CIVIL ACTION<br>NO.: 2:23-cv-00175-NT |

**THIRD PARTY ANSWER OF ROCKLAND MARINE CORPORATION TO COMPLAINT AND CROSSCLAIMS AGAINST TOMMY WOODWARD INCORPORATED d/b/a COLUMBIA DIESEL CASTINGS**

NOW COMES the Third-Party Defendant, ROCKLAND MARINE CORPORATION ("Rockland Marine"), by and through its undersigned attorneys, Holbrook & Murphy, and submits its Answer to the Third-Party Complaint as follows:

**PARTIES**

1. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

2. Rockland Marine Corporation admits the allegations contained in paragraph 2.

3. Rockland Marine Corporation admits the allegations contained in paragraph 3.

4. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

5. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

## JURISDICTION

6. Rockland Marine Corporation admits the allegations contained in paragraph 6.

7. Rockland Marine Corporation denies that this Court has diversity jurisdiction within the meaning of 28 U.S.C. § 1332, as Plaintiff, Three Girls Fishing LLC and Third-Party Defendant, Rockland Marine are both residents of Maine.

8. Rockland Marine Corporation admits the allegations contained in paragraph 8.

## FACTS

9. Rockland Marine Corporation admits the allegations contained in paragraph 9.

10. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

11. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

12. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

13. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

14. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

15. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

16. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

17. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

18. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

19. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

20. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

21. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

22. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

23. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

24. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

25. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

26. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

27. Rockland Marine Corporation admits the allegations contained in paragraph 27.

28. Rockland Marine Corporation denies the allegations contained in paragraph 28.

29. Rockland Marine Corporation denies the allegations contained in paragraph 29.

30. Rockland Marine Corporation denies the allegations contained in paragraph 30.

31. Rockland Marine Corporation denies the allegations contained in paragraph 31.

32. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

33. Rockland Marine Corporation denies the allegations contained in paragraph 33.

## COUNT I

34. Rockland Marine repeats and reasserts the responses contained in the preceding paragraphs.

35. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

36. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

37. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

## COUNT II

38. Rockland Marine repeats and reasserts the responses contained in the preceding paragraphs.

39. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

40. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

41. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

## COUNT III

42. Rockland Marine repeats and reasserts the responses contained in the preceding paragraphs.

43. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

44. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

45. Rockland Marine Corporation denies the allegations contained in paragraph 45.

## COUNT IV

46. Rockland Marine repeats and reasserts the responses contained in the preceding paragraphs.

47. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

48. Rockland Marine lacks knowledge or information sufficient to form a belief about the truth of this allegation. To the extent an answer is required, Rockland Marine denies the allegation.

49. Rockland Marine Corporation denies the allegations contained in paragraph 49.

<u>**AFFIRMATIVE DEFENSES**</u>

NOW COMES the Third-Party Defendant Rockland Marine and incorporates the following Affirmative Defenses into each and every COUNT contained in its Answer to the Third-Party Complaint as follows:

<u>**AFFIRMATIVE DEFENSE ONE**</u>

Rockland Marine asserts that if the vessel was damaged as alleged, which is specifically denied, it was due in whole or in part to the Plaintiff's own negligence, failures and breaches.

<u>**AFFIRMATIVE DEFENSE TWO**</u>

Rockland Marine asserts that if the vessel was damaged as alleged, which is specifically denied, it was due in whole or in part to the Third-Party Plaintiff, Pan American Power Corp.'s own negligence, failures and breaches.

<u>**AFFIRMATIVE DEFENSE THREE**</u>

Rockland Marine asserts that if the engine and/or vessel was damaged as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom Rockland Marine is not legally responsible.

## AFFIRMATIVE DEFENSE FOUR

Rockland Marine asserts that if the engine and/or vessel was damaged as alleged, which is specifically denied, said damage was sustained as a result of an Act of God, for which the Rockland Marine is not legally responsible.

## AFFIRMATIVE DEFENSE FIVE

Rockland Marine asserts that if the engine and/or vessel was damaged as alleged herein, which is specifically denied, said damage was sustained as a result of an intervening and/or superseding act or acts that was or were not the fault or responsibility of the Rockland Marine.

## AFFIRMATIVE DEFENSE SIX

Rockland Marine asserts that the Third-Party Complaint fails to state a cause of action upon which relief can be granted.

## AFFIRMATIVE DEFENSE SEVEN

Rockland Marine asserts that the Third-Party Complaint should be dismissed under the doctrines of estoppel and/or waiver.

## AFFIRMATIVE DEFENSE EIGHT

Rockland Marine asserts that the Third-Party Plaintiff's claim is barred by the language of the agreement(s) between the parties.

## AFFIRMATIVE DEFENSE NINE

Rockland Marine asserts there is no right to a jury trial because jurisdiction is based on admiralty pursuant Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

## AFFIRMATIVE DEFENSE TEN

Claims against Rockland Marine must fail due to the doctrine of accord and satisfaction and/ or because Plaintiff already received payment from or on behalf of Rockland Marine for losses due to Rockland Marine's alleged negligence.

## AFFIRMATIVE DEFENSE ELEVEN

Rockland Marine asserts that the engine propellor shaft and related parts were worked on/ and or repaired after the work done at Rockland Marine and before the alleged casualty.

WHEREFORE Third-Party Defendant Rockland Marine Corporation prays that the Third-Party Complaint be dismissed together with costs and reasonable attorney's fees.

## ROCKLAND MARINE CORPORATION'S CROSSCLAIMS AGAINST TOMMY WOODWARD INCORPORATED d/b/a COLUMBIA DIESEL CASTINGS

## PARTIES AND FACTS

1. Three Girls Fishing LLC and Western World Insurance Group as subrogee of Three Girls Fishing, LLC are Plaintiffs in this action.

2. Pan American Power Corp., is the primary Defendant/ Third-Party Plaintiff in this action.

3. Rockland Marine and Tommy Woodward Incorporated d/b/a Columbia Diesel Castings, (hereinafter, "Columbia Diesel"), are Third-Party Defendants in this action.

4. Defendant's Third-Party Complaint alleges that Columbia Diesel's negligent workmanship and repair of the crankshaft(s)[1] for the subject engine caused, in whole or in part, the subject engine to fail as alleged by the Plaintiffs on or about July 24, 2022.

5. In the event Rockland Marine is found liable for any damages sustained by the Plaintiffs, the actions and inactions by Columbia Diesel are the direct and sole proximate cause of the damages and losses.

---

[1] Third-Party Plaintiff uses the singular (crankshaft) and the plural (crankshafts) interchangeably.

## COUNT I – Contribution
### (Rockland Marine v. Columbia Diesel)

6. Rockland Marine repeats and incorporates by reference its allegations from the preceding Crossclaim paragraphs as if fully set forth herein.

7. If Third-Party Plaintiff was damaged as alleged in its Third-Party Complaint, which Rockland Marine expressly denies, then the negligent and/or wrongful acts of Columbia Diesel were the proximate cause of Plaintiff's damages.

8. To the extent the trier of fact finds that Rockland Marine breached any duty, caused Plaintiff harm, and owes Plaintiff damages, which Rockland Marine expressly denies, Columbia Diesel shares in that responsibility and Rockland Marine is entitled to contribution from Columbia Diesel in accordance with the provisions of Massachusetts General Laws Chapter 231B.

WHEREFORE, Rockland Marine requests that this Court enter judgment in its favor on Count I of the instant Crossclaim and (i) enter judgment that Columbia Diesel contribute its pro rata share to any judgment entered against Rockland Marine and (ii) award such other relief as this Court deems just and equitable, including but not limited to, interest, costs, and fees.

## COUNT II - Common Law Indemnification
### (Rockland Marine v. Columbia Diesel)

9. Rockland Marine repeats and incorporates by reference its allegations from the preceding Crossclaim paragraphs as if fully set forth herein.

10. Third-Party Plaintiff alleges that its damages resulting from the incident were caused by the negligence of Rockland Marine or Columbia Diesel.

11. To the extent that Rockland Marine is found liable in this matter, which Rockland Marine expressly denies, Columbia Diesel was the sole active cause of Plaintiff's alleged damages.

12. Columbia Diesel is obligated by law to defend and indemnify Rockland Marine in this action, including for any and all damages sustained by Plaintiff, and for any costs incurred by Rockland Marine in defending Plaintiff's Complaint, including attorneys' fees.

WHEREFORE, Rockland Marine Corporation requests that this Court enter judgment in its favor on Count II of the instant Crossclaim and (i) enter judgment that any monies awarded to Third-Party Plaintiff against Rockland Marine Corporation are to be paid by Columbia Diesel; (ii) enter judgment that Columbia Diesel pay Rockland Marine Corporation's costs in defending Plaintiff's Complaint; and (iii) award such other relief as this Court deems just and equitable, including but not limited to, interest, costs, and fees.

Dated: January , 2024
       Boston, MA

                        Respectfully Submitted,
                        Rockland Marine Corporation,
                        By its Attorney,

                        /s / Seth S. Holbrook
                        Seth S. Holbrook, ME Bar# 2968
                        HOLBROOK & MURPHY
                        238-240 Lewis Wharf
                        Boston, MA 02110
                        P: 617-428-1151
                        F: 617-428-6919
                        sholbrook@holbrookmurphy.com

## Certificate of Service

      I hereby certify that on January 25, 2024, I electronically filed the within document with the Clerk of the Court using the CM/ECF system. Notification of such filing to all counsel of record will be sent via electronic means.

                                          /s/ Seth S. Holbrook
                                          Seth S. Holbrook, ME Bar# 2968