UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **THREE GIRLS FISHING LLC** and **WESTERN WORLD INSURANCE GROUP** as subrogee of **THREE GIRLS FISHING, LLC,**<br>      Plaintiffs,<br><br>v.<br><br>**PAN AMERICAN POWER CORP.,**<br><br>      Defendant,<br><br>v.<br><br>**ROCKLAND MARINE CORPORATION, TOMMY WOODWARD, INC. d/b/a COLUMBIA DIESEL CASTINGS, SOUTHWORTH-MILTON, INC. d/b/a MILTON CAT, and FAIRHAVEN SHIPYARD COMPANIES, INC.**<br><br>      **Third-Party Defendants.** | Civil Action No.: 2:23-cv-00175-NT |

## UNOPPOSED MOTION TO CONTINUE DEPOSITIONS SCHEDULED TO BE HELD MAY 8, 9, AND 10, 2024

NOW COMES, Third-Party Defendants, Fairhaven Shipyard Companies, Inc., ("Fairhaven Shipyard") and Southworth-Milton, Inc. d/b/a Milton CAT ("Milton CAT"),[1] by their undersigned counsel, and respectfully move this Honorable Court for an Order continuing the depositions, which have been scheduled for May 8, 9, and 10, 2024, to a later date agreeable to all Parties. The other Parties do not oppose the relief sought in this Motion.

---

[1] Fairhaven Shipyard and Milton CAT hereby expressly preserve all of their defenses and rights, which may be raised in any response to Third-Party Plaintiff Pan American Power Corp.'s ("Pan American") Supplemental Third-Party Complaint filed at Docket No. 48

1

Fairhaven Shipyard and Milton CAT were recently added to this lawsuit. Milton CAT's response to Third-Party Plaintiff Pan American Power Corp.'s ("Pan American") Supplemental Third-Party Complaint filed at Docket No. 48 is due on June 25, 2024. *See Docket Entry dated May 1, 2024.* By Motion filed today, Fairhaven Shipyard submits that there is good cause for its deadline to respond to Pan American's Supplemental Third-Party Complaint to be extended until June 25, 2024. Docket No. 54.

Fairhaven Shipyard and Milton CAT are informed and believed that the other parties have exchanged initial disclosures, exchanged and responded to written discovery demands, and served various subpoenas. Fairhaven Shipyard and Milton CAT are informed that the other Parties have scheduled depositions to occur on May 8, 9, and 10, 2024. However, through conference with counsel for all other Parties, Fairhaven Shipyard and Milton CAT understand that those parties do not oppose delaying these depositions to a later mutually agreeable date to all Parties.

Fairhaven Shipyard and Milton CAT submit that there is good cause to continue the depositions to a date agreeable to all Parties as they need sufficient time to respond to Pan American's Supplemental Third-Party Complaint, to submit initial disclosures, to review the discovery exchanged in this matter, and to familiarize themselves with this matter in order to be able to intelligently participate in depositions. Further, counsel for Fairhaven Shipyard is unavailable because he is getting married on May 12, 2024 and has commitments to attend to in connection with same during the next few days.

Lastly, undersigned counsel understands counsel for the Parties intend to conference in the near future to discuss submitting a new proposed scheduling order in light of the addition of the new parties.

Accordingly, Fairhaven Shipyard and Milton CAT respectfully request that this Honorable Court enter an Order continuing the depositions, which have been scheduled for May 8, 9, and 10, 2024, to a later date agreeable to all Parties.

WHEREFORE, Third-Party Defendants, Fairhaven Shipyard Companies, Inc. and Southworth-Milton, Inc. d/b/a Milton CAT, respectfully move this Honorable Court to enter an Order continuing the depositions, which have been scheduled for May 8, 9, and 10, 2024, to a later date agreeable to all Parties.

Respectfully submitted,

Third-Party Defendant, Fairhaven Shipyard Companies, Inc.,

By its attorneys,

**ECKLAND & BLANDO LLP**

Dated: May 7, 2024

/S/SAMUEL P. BLATCHLEY
Samuel P. Blatchley
Maine Bar No. 005906
22 Boston Wharf Road, 7th Floor
Boston, MA 02210
(617) 217-6936
sblatchley@ecklandblando.com

Third-Party, Defendant, Southworth-Milton, Inc. d/b/a Milton CAT,

By its attorneys,

**MORRISSON MAHONEY LLP**

/S/ BRIAN A. SUSLAK
Brian A. Suslak
Maine Bar No. 006316
650 Elm Street, Suite 201
Manchester, NH 03101
(603) 622-3400
bsuslak@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

      I, Samuel Blatchley, hereby certify that this document filed through the ECF system on May 7, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/SAMUEL P. BLATCHLEY
Samuel P. Blatchley, Esq.
Maine Bar No. 005906